UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**BAYOU LOUIE FARM, INC.** **PLAINTIFF**

V.   CIVIL ACTION NO. 3:08-CV-00258-DPJ-JCS

**JERRY D. WHITE** **DEFENDANT/THIRD PARTY PLAINTIFF**

V.

**WALTER W. HEIGLE, III** **THIRD PARTY DEFENDANT**

## ORDER OF REFERRAL TO BANKRUPTCY COURT

THIS MATTER COMES before the Court upon Motion for Referral to Bankruptcy Court filed by Derek A. Henderson, Trustee for the bankruptcy estate of Walter W. Heigle, III. After reviewing the facts and considering the same, the Court finds that the Motion is well taken and should be granted.

THEREFORE, IT IS ORDERED that the Civil Action styled Bayou Louie Farm, Inc. v. Jerry D. White v. Walter W. Heigle, III, Civil Action No. 3:08-cv-00258-DPJ-JCS is hereby referred to the United States Bankruptcy Court for the Southern District of Mississippi.

**SO ORDERED AND ADJUDGED** this the 25th day of April, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

Approved by:

s / Derek A. Henderson
Derek A Henderson, MSB #2260
Trustee & Attorney for the Trustee
111 East Capitol Street, Suite 455
Jackson, MS 39201


s / Eddie J. Abdeen
Eddie J. Abdeen
Attorney for Bayou Louie Farm, Inc.
PO Box 2134
Madison, MS 39130


s / Eileen N. Shaffer
Eileen N. Shaffer
Attorney for Jerry D. White
PO Box 1177
Jackson, MS 39215-1177